IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


KAZANCHEIEV VOLODYMYR,

   Petitioner,

v.                    4:10cv195-WS

ERIC HOLDER, JR., et al.,

   Respondents.

_____

ORDER DIRECTING TRANSFER OF CASE

   Before the court is the magistrate judge's amended report and recommendation docketed August 5, 2010. See Doc. 12. The magistrate judge recommends that this immigration action be transferred to the Eleventh Circuit Court of Appeals pursuant to the REAL ID Act of 2005, 8 U.S.C. § 1252, for consideration of the petitioner's petition for writ of habeas corpus and all pending motions. The petitioner has filed no objections to the report and recommendation.

   Upon review of the record, this court has determined that the recommendation should be adopted.

   Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 12) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the Eleventh Circuit Court of Appeals.

DONE AND ORDERED this     13th     day of    September   , 2010.


                                       s/ William Stafford
                                       WILLIAM STAFFORD
                                       SENIOR UNITED STATES DISTRICT JUDGE